

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2013

No. 04-13-00334-CV

**FRESENIUS MEDICAL CARE-SOUTH TEXAS KIDNEY, LLC** as successor in interest to Bio-Medical Applications of San Antonio, Inc. and Bio-Medical Applications of San Antonio, Inc.,
Appellants

v.

Raul **GONZALEZ**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-20478
Honorable Peter A. Sakai, Judge Presiding

**O R D E R**

The court reporter's record was due on May 30, 2013. When the record was not filed, the Clerk of this Court sent the court reporter responsible for preparing the record, Luis Duran, a letter pursuant to Texas Rule of Appellate Procedure 37.3. Appellants have now filed a letter, informing the court that they have made several unsuccessful attempts to reach Mr. Duran in an effort to make payment arrangements. We therefore ORDER Luis Duran to contact appellants so that they can make payment arrangements with Mr. Duran. We further ORDER Luis Duran to file the reporter's record on or before **August 26, 2013**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of July, 2013.

_____
Keith E. Hottle
Clerk of Court